we conclude that the better course is to remand this case to allow the Board to determine whether Napoleon dela Cruz may be properly substituted for the deceased.

Accordingly,

IT IS ORDERED THAT:

(1) The case is remanded.

(2) The motion for leave to proceed in forma pauperis is moot.

for failure to prosecute in accordance with the rules.

**David Lee WATT, Petitioner,**

v.

**DEPARTMENT OF TRANSPORTATION, Respondent.**

No. 05–3220.

United States Court of Appeals, Federal Circuit.

July 21, 2005.

ORDER

The petitioner having failed to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED,

**Robert CURTIS, Plaintiff–Appellant,**

v.

**UNITED STATES, Defendant–Appellee.**

No. 05–5121.

United States Court of Appeals, Federal Circuit.

July 25, 2005.

Robert Curtis, pro se.

ON MOTION

DYK, Circuit Judge.

*ORDER*

Robert Curtis moves without opposition for reconsideration of the court's June 15, 2005 order dismissing his appeal for failure to pay the filing fee, and moves for leave to proceed in forma pauperis.

Upon consideration thereof,